Dennis P. Will, Lorain County Prosecuting Attorney, and Billie Jo Belcher, Assistant Prosecuting Attorney, for appellee.

John P. Parker, for appellant.

TENNEY, APPELLANT, *v.* GENERAL ELECTRIC COMPANY ET AL., APPELLEES.

[Cite as *Tenney v. Gen. Elec. Co.,* 118 Ohio St.3d 197, 2008-Ohio-2199.]

(No. 2007–1490—Submitted April 23, 2008—Decided May 14, 2008.)

{¶ 1} The part of the judgment of the court of appeals that reversed the judgment of the trial court is reversed on the authority of *Doe v. First United Methodist Church* (1994), 68 Ohio St.3d 531, 629 N.E.2d 402, and *Love v. Port*

*Clinton* (1988), 37 Ohio St.3d 98, 524 N.E.2d 166. The judgment of the trial court is reinstated.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.

———————————

Thomas A. Sobecki, for appellant.

Baker & Hostetler, L.L.P., Gregory V. Mersol, Kelly M. King, and Gil Brosky, for appellees.